UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE J. COMBS,<br><br>    Plaintiff,<br><br>    v.<br><br>CLARK COUNTY PROSECUTOR, et al.,<br><br>    Defendants. | No. C11-5033BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R) of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 4) and Eddie J. Combs's ("Combs") objections to the R&R (Dkt. 5) and supplements thereto (Dkts. 6, 7, 8 & 9). The Court has considered the R&R, Combs's objections and supplements, and the remaining record, and hereby adopts the R&R for the reasons stated herein.

On January 10, 2011, Combs filed a motion to proceed in forma pauperis on his civil rights complaint against Defendants alleging violations of 42 U.S.C. § 1983. Dkt. 1. On January 31, 2011, the magistrate judge issued an R&R recommending that the motion to proceed in forma pauperis be denied and the complaint dismissed without prejudice as Combs challenges the length of his sentence and amount of time spent in custody and therefore cannot proceed with such challenges in the form of a civil rights complaint. Dkt. 4.

ORDER – 1

1
2
3
4
5
6

On February 9, 2011, Combs filed his objections to the R&R (Dkt. 5) followed by multiple supplements to those objections (Dkts. 6, 7, 8 & 9).  To the extent Combs's objections and supplements are legible, the Court cannot find any valid reason why the magistrate judge's R&R should not be adopted.  Combs's complaint seeks to alter a sentence imposed against him in state court and fails to state any civil rights claims against Defendants.  Dkt. 1-1.

7

Therefore, it is hereby **ORDERED** that:

8

(1)     The Court **ADOPTS** the R&R (Dkt. 4); and

9

(2)     Combs's complaint is **DISMISSED without prejudice**.

10

DATED this 21st day of March, 2011.

11
12
13

	BENJAMIN H. SETTLE
	United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  ORDER – 2