# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDDIE J. COMBS,

        v.

CLARK COUNTY PROSECUTOR, et al.,

JUDGMENT IN A CIVIL CASE

Case No. C10-5452BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court **ADOPTS** the R&R (Dkt. 4); and

(2)     Combs's complaint is **DISMISSED without prejudice**.

| March 21, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |